**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GENERAL SMITH III,**

      **Petitioner,**

    **v.**

**WARDEN, SOUTHEASTERN
CORRECTIONAL INSTITUTION,**

      **Respondent.**

                                    **CASE NO. 2:14-CV-554
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KING**

**ORDER**

    On May 12, 2015, the Magistrate Judge issued a *Report and Recommendation,* ECF 27, recommending that Petitioner's *Motion for Summary Judgment* and *Motion for Temporary Injunction*, ECF 22 and 24, be denied.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objection has been filed.

    The *Report and Recommendation*, ECF 27, is **ADOPTED** and **AFFIRMED**. Petitioner's *Motion for Summary Judgment* and *Motion for Temporary Injunction*, ECF 22 and 24, are hereby **DENIED.**  The Clerk of this Court shall remove ECF documents 22, 24 and 27 from the Court's pending motions list.

        **IT IS SO ORDERED.**

                           **/s/ *George C. Smith*          
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**